# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Manuel Silva

                                      Plaintiff,

v.                                                                   Case No.: 1:16–cv–08302
                                                                       Honorable Ruben Castillo

Mash Services of Illinois, Inc.,, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2016:

      MINUTE entry before the Honorable Ruben Castillo:Parties' joint motion for approval of settlement agreement [13] is granted. This case is hereby dismissed with prejudice. The motion hearing set for 12/14/2016 is stricken.mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.